**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rudolfo VILLANUEVA–GALVAN,**
**Defendant–Appellant.**

**No. 09–41268**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 31, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rudolfo Villanueva–Galvan

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Villanueva–Galvan has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.